UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHANIA RUIZ GUEVARA,

              Plaintiff,

-against-

GOODNIGHT GROUP LLC, ET AL.,

              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2020

1:19-cv-05330 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

      The Complaint in this action was filed on July 10, 2020 [ECF #1]. Certain executed summonses were filed on the docket on November 16, 2020 reflecting that Defendants' responses to the complaint were due October 8, 2020 [ECF #10-12]. No responses were filed, and Plaintiff has not prosecuted this case to date. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued for failure to prosecute without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **January 15, 2021**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962)).

**SO ORDERED.**

Date: December 16, 2020
      New York, NY

                                  **MARY KAY VYSKOCIL**
                                  **United States District Judge**